FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 NOV 14 PM 3: 06

CLERK
SO. DIST. OF GA.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

UNITED STATES OF AMERICA )
                                      )
v.                                     )     CASE NO. CR417-045
                                        )
IVORY UNIQUE CARTER,          )
                                        )
    Defendant.             )
                                        )

## O R D E R

Before the Court is Defendant Ivory Unique Carter's letter to the Court. (Doc. 34.) In this letter, Defendant explains that he is currently enrolled in the Residential Drug Addiction Program ("RDAP") at the Federal Correctional Institution at Butner, North Carolina. (Id. at 1.) Defendant claims that the Federal Bureau of Prisons ("BOP") has informed him that he is not eligible for a twelve-month sentence reduction because of his conviction for possession of a firearm as a convicted felon. (Id.) Defendant asks this Court to grant him a sentence reduction of twelve months if he successfully completes the RDAP. (Id.) Accordingly, the Court construes his letter as a Motion to Reduce Sentence. For the reasons that follow, Defendant's Motion to Reduce Sentence must be denied.

To the extent that Defendant is asking this Court to modify his sentence in lieu of the BOP granting him a sentence reduction pursuant to 18 U.S.C. § 3621(e)(2)(B), Defendant has

not cited to any authority that would afford him the relief he seeks. The ability for district courts to modify a sentence is limited by statute to only three circumstances:

> (1) where the Bureau of Prisons has filed a motion and either extraordinary and compelling reasons warrant a reduction or the defendant is at least 70 years old and meets certain other requirements; (2) where another statute or Federal Rule of Criminal Procedure 35 expressly permits a sentence modification; or (3) where a defendant has been sentenced to a term of imprisonment based on a sentencing range that was subsequently lowered by the Commission and certain other requirements are met.

United States v. Phillips, 597 F.3d 1190, 1195 (11th Cir. 2010) (citing 18 U.S.C. § 3582(c)) (internal citations omitted). In addition, under Federal Rule of Criminal Procedure 35, a court may correct a sentence that resulted from "arithmetical, technical, or other clear error" and may reduce a sentence upon the government's motion if, after sentencing, the defendant provided substantial assistance in investigating or prosecuting another person. None of these circumstances are present in this case. Accordingly, Defendant's motion is **DENIED**.

SO ORDERED this _14th_ day of November 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA